

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2018

No. 04-18-00628-CR

Braden Daniel **PRICE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10496
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 28, 2019. **Further requests for an extension of time in which to file appellant's brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2018.

_____
Keith E. Hottle
Clerk of Court